[No. 40151-7-II.   Division Two.   January 21, 2011.]

BARBARA NEVINS HALL REVOCABLE LIVING TRUST, *Respondent*, v.
RICHARD D. MANTHEI ET AL., *Appellants*.

*Reversed* by unpublished opinion per Armstrong, J., concurred in by Worswick, A.C.J., and Van Deren, J.

[No. 63099-7-I.   Division One.   January 24, 2011.]

DARRIN G. HANSON ET AL., *Appellants*, v. PETER BEVERSTOCK ET AL., *Respondents*.

*Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Becker and Cox, JJ.

[No. 63597-2-I.   Division One.   January 24, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. LESLIE ANN KULL, *Appellant*.

*Remanded* by unpublished opinion per Appelwick, J., concurred in by Cox and Ellington, JJ.

[No. 63652-9-I.   Division One.   January 24, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM J. CARLSON, *Appellant*.

*Affirmed* by unpublished opinion per Lau, J., concurred in by Leach, A.C.J., and Spearman, J.